## A97A1589. BARLOW v. THE STATE.

(509 SE2d 728)

BEASLEY, Judge.

In *Barlow v. State*, 229 Ga. App. 745 (494 SE2d 588) (1997), we affirmed Timothy Barlow's conviction. The Supreme Court granted certiorari and reversed in *Barlow v. State*, 270 Ga. 54 (507 SE2d 416) (1998). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Andrews, C. J., McMurray, P. J., Smith, Ruffin, Eldridge, JJ., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED NOVEMBER 23, 1998.

*Cauthorn & Phillips, Thomas E. Cauthorn III, Bruce W. Phillips,* for appellant.

*Benjamin F. Smith, Jr., District Attorney, Frank R. Cox, James Albertelli, Assistant District Attorneys,* for appellee.